**268 So.2d 848**

**In re VULCAN MATERIALS COMPANY, a Corporation,**

**v.**

**Mary BELCHER.**

**Ex parte Vulcan Materials Company, a Corporation.**

**SC 145.**

Supreme Court of Alabama.

Nov. 2, 1972.

Thomas B. Huie, Huie, Fernambucq & Stewart, Birmingham, for petitioner.

McCALL, Justice.

Petition of Vulcan Materials Co., a Corp., for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Vulcan Materials Co. v. Belcher, 49 Ala.App. 61, 268 So.2d 843.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and BLOODWORTH, JJ., concur.

**266 So.2d 325**

**In re Kenneth WALKER**

**v.**

**STATE.**

**Ex parte Kenneth Walker.**

**4 Div. 447.**

Supreme Court of Alabama.

Aug. 31, 1972.

Alice L. Anderson, Enterprise, for petitioner.

William J. Baxley, Atty. Gen., and Don C. Dickert, Asst. Atty. Gen., for the State.

HEFLIN, Chief Justice.

Petition of Kenneth Walker for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Walker v. State, 266 So.2d 322.

Writ denied.

MERRILL, HARWOOD, MADDOX and SOMERVILLE, JJ., concur.